IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER SAUERS,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **LOWER SOUTHAMPTON TOWNSHIP,** | : | No. 16-2325 |
| *Defendant*. | : | |

# ORDER

**AND NOW,** this 20th day of June, 2016, upon consideration of Defendant's Motion to Dismiss (Docket No. 4) and following an initial pretrial conference held on June 17, 2016, **the Court hereby ORDERS** that:

1. Plaintiff shall have until July 18, 2016 to file an amended complaint;

2. Defendant's Motion to Dismiss (Docket No. 4) is deemed **MOOT**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE