# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER SAUERS,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **LOWER SOUTHAMPTON TOWNSHIP,** | : | No. 16-2325 |
| *Defendant*. | : | |

## ORDER

**AND NOW,** this 13th day of December, 2016, upon consideration of Plaintiff's Amended Complaint (Doc. No. 8), Defendant's Second Motion to Dismiss (Doc. No. 9), Plaintiff's Reply in Opposition (Doc. No. 13), and after oral argument held on November 8, 2016, it is hereby **ORDERED** that:

1. Defendant's Second Motion to Dismiss (Doc. No. 9) is **GRANTED**;

2. Plaintiff's Amended Complaint (Doc. No. 8) is **DISMISSED WITH PREJUDICE;** and

3. The Clerk of Court shall close this case for all purposes including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE